<u>**NOT FOR PUBLICATION**</u>

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROMON PROFESSIONALS LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Civil Action No. 25-1701 (SDW) (JSA)<br><br>**WHEREAS OPINION & ORDER**<br><br>December 18, 2025 |

**WIGENTON, District Judge.**

　　**THIS MATTER** having come before this Court upon Plaintiff Neuromon Professionals LLC's ("Plaintiff" or "Neuromon") Motion to Confirm an Arbitration Award (D.E. 14 ("Motion"); and

　　**WHEREAS** Plaintiff initiated the instant lawsuit on March 6, 2025, asserting claims pursuant to and for violation of the No Surprises Act, 42 U.S.C. § 300gg-111 *et seq.* (D.E. 1 ("Compl.") at 6–7.) Plaintiff seeks to recover $11,200 and $11,700 in Independent Dispute Resolution ("IDR") awards issued following IDR proceedings on April 1, 2024 and March 6, 2024, respectively. (*Id.* ¶¶ 47, 51); and

　　**WHEREAS** for the reasons so cogently expressed in *Modern Orthopaedics of New Jersey v. Premera Blue Cross*, No. 25-1087, 2025 WL 3063648 (D.N.J. Nov. 3, 2025), this Court concludes it lacks jurisdiction over the instant matter; therefore

　　Plaintiff's Motion is **DENIED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

    /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:    Clerk
cc:      Parties
        Jessica S. Allen, U.S.M.J.